UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL MOLINA,<br><br>    Petitioner,<br><br>  v.<br><br>T. GONZALEZ, WARDEN, et al.,<br><br>    Respondents. | NO. CV 10-8793 AG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 24, 2011

                ANDREW J. GUILFORD
                United States District Judge